**PRESTIGE LEGAL SOLUTIONS, P.C.**
Michelle Yang, Esq. (SBN 325467)
myang@plsfirm.com
Stephanie Pengilley, Esq. (SBN 306508)
spengilley@plsfirm.com
Elizabeth A. LaRocque, Esq. (SBN 219977)
elarocque@plsfirm.com
6420 Wilshire Blvd. Suite 1400
Los Angeles, CA 90048
Tel: (310) 758-1283 | Fax: (310) 933-5821
Attorneys for Plaintiff,
**WENTAO XU**

**SHOOK, HARDY & BACON L.L.P.**
Rodrigo E. Salas (SBN 194462)
rsalas@shb.com
555 Mission Street, Suite 2300
San Francisco, CA 94105
Telephone: (415) 544-1900 | Fax: (415) 391-0281

Karyn L. Ihara (SBN 298950)
kihara@shb.com
Angelica Anguiano (SBN 357666)
aanguiano@shb.com
2121 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (424) 285-8330 | Fax: (424) 204-9093

Arlene H. Bakirci (SBN 342772)
abakirci@shb.com
5 Park Plaza, Suite 1600
Irvine, California 92614
Telephone: (949) 475-1500 | Fax: (949) 475-0016
Attorneys for Defendant,
**GENERAL MOTORS LLC**

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WENTAO XU, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>GENERAL MOTORS LLC, a Delaware limited liability company,<br><br>Defendant. | CASE NO.: 2:25-cv-02807-JAM-SCR<br><br>HON. JUDGE JOHN A. MENDEZ<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Plaintiff WENTAO XU ("Plaintiff") and Defendant GENERAL MOTORS LLC ("Defendant") hereby stipulate under Federal Rules of Civil Procedure 41(a)(1)(A)(ii) that this action be dismissed with prejudice as to all claims, causes of action and parties. The parties respectfully request that the Court dismiss this case in its entirety.

Dated: November 18, 2026

**PRESTIGE LEGAL SOLUTIONS, P.C.**

By: *<u>/s/ Elizabeth A. LaRocque</u>*
Michelle Yang
Stephanie S. Pengilley
Elizabeth A. LaRocque

Attorneys for Plaintiff,
**WENTAO XU**

Dated: November 18, 2026

**SHOOK HARDY & BACON, LLP**

By: *<u>/s/ Angelica Anguiano</u>*
Rodrigo E. Salas
Karyn L. Ihara
Angelica Anguiano
Arlene H. Bakirci

Attorneys for Defendant,
**GENERAL MOTORS LLC**

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WENTAO XU, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>GENERAL MOTORS LLC, a Delaware limited liability company,<br><br>Defendant. | CASE NO.: 2:25-cv-02807-JAM-SCR<br><br>HON. JUDGE JOHN A. MENDEZ<br><br>**ORDER DISMISSING CASE WITH PREJUDICE** |

Based on the stipulation of the parties, the above-captioned case is hereby **DISMISSED WITH PREJUDICE** in its entirety.

The Clerk of Court is **DIRECTED** to **CLOSE** this action.

IT IS SO ORDERED.

Dated: November 19, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE